MARY A. NORTH, Respondent, v. EASTCHESTER CONTRACTING COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $2,500, in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. No opinion. Thomas, Mills, Rich and Putnam, JJ., concurred.

WILLIAM L. NORTH, Respondent, v. EASTCHESTER CONTRACTING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS RASHKOWITZ, Appellant.— Judgment of conviction affirmed. No opinion. Thomas, Stapleton, Rich and Putnam, JJ., concurred.

SYDNEY A. SYME, Respondent, v. WILLIAM C. ALBRO and FREDERICK W. VAN SLYCK, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the judgment to the sum of $1,950; in which event the judgment, as so modified, and the order are affirmed, without costs. No opinion. Thomas, Stapleton and Rich, JJ., concurred; Mills, J., not voting.

ALBERT ZWIEBACH, an Infant, etc., Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

AARON ZWIEBACH, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

FRANK X. BARRETT, Respondent, v. THE CONNECTICUT GENERAL LIFE INSURANCE COMPANY OF HARTFORD, CONN., Appellant.— Application granted.

BENJAMIN FRINDEL, Appellant, v. FREDERICK W. AVERY, Respondent, Impleaded, etc.— Application denied, with ten dollars costs.

KNORR BROTHERS, INC., Respondent, v. FRANKLIN BREWING COMPANY, Appellant.— Application denied, with ten dollars costs.

WILLIAM G. PEET, Appellant, v. PATHE EXCHANGE, INC., Respondent. — It seems that the appellant has not complied with the rule which is invoked against him by the respondent. The application is denied, not upon the merits, and without costs.

EZEKIEL SARASOHN and Another, Copartners, etc., Respondents, v. LEFSTEIN & ROSENFELD COMPANY, Appellant.— Application denied, with ten dollars costs.